UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT LEADUM ) | |
| ) | |
| *Plaintiff* ) | |
| ) | Case No. 3:01-CV-01779 (TPS) |
| v. ) | |
| ) | |
| LABORERS' INTERNATIONAL UNION ) | October 3, 2003 |
| OF NORTH AMERICA, LOCAL 675 ) | |
| ) | |
| *Defendant* ) | |
| ) | |

10/22/03 Granted. The undersigned will schedule a status conference at a later date.

U.S.M.J.

**JOINT MOTION TO REQUEST LEAVE TO STAY PRETRIAL ORDER
AND FILE DISPOSITIVE MOTION**

The parties in the above-captioned matter hereby jointly move this honorable Court to stay the Pretrial Order dated September 23, 2003 and request this Court to address this case first on a Motion for Summary Judgment pursuant F.R.C.P. 56.

At the Status Conference held before Judge Covello on September 23, 2003, the parties consented to the exercise of jurisdiction by a United States Magistrate Judge. At that Status Conference the parties anticipated, at this stage of litigation, resolution of this case through summary judgment motions. Therefore, the Pretrial Order requesting a trial memorandum by no later than October 23, 2003 was not expected. Although discovery is completed, neither party has yet submitted dispositive motions.

The parties agree that this case should resolve pursuant to Rule 56 of the Fed.R.Civ.P. The parties believe that before client resources and judicial resources are

**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719