UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 NOV 17 P 4: 31

US DISTRICT COURT
HARTFORD CT

ROBERT LEADUM )
)
*Plaintiff* )
)
v. )
)
LABORERS' INTERNATIONAL UNION )
OF NORTH AMERICA, LOCAL 675 )
)
*Defendant* )

Civil Action No.
3:01-CV-01779 (TPS)

November 13, 2003

## DEFENDANT LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, LOCAL 675's MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 Fed.R.Civ.P., the Defendant, Laborers' International Union of North America, Local 675, hereby moves this Court for an order of summary judgment.

In support of this motion, the above-named Defendant relies upon the attached Memorandum of Law.

Respectfully submitted,

DEFENDANT
LABORERS' INTERNATIONAL UNION
OF NORTH AMERICA, LOCAL 675

By: _____
John T. Fussell, Esq.
John M. Brown, Esq.
ROBERT M. CHEVERIE &
ASSOCIATES, P.C.
Commerce Center One
333 East River Drive, Suite 101
East Hartford, CT 06108-4201
Fed. Bar # ct 17989

**ORAL ARGUMENT NOT REQUESTED**

---

**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

# C E R T I F I C A T I O N

This is to certify that a copy of *Defendants' Motion for Summary Judgment* was sent, first class and postage prepaid this 13th day of November, 2003, to the following counsel of record:

José Vivaldi Martinez, Esq.
60 Old New Milford Road, Suite 3D
Brookfield, CT 06804

_____
JOHN T. FUSSELL

JTF.LIUNA 675
FINAL Motion for Summary Judgment – Leadum v LIUNA 675 11-11-03