UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 NOV 19  P 2: 26

US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| ROBERT LEADUM ) | |
| ) | |
| *Plaintiff* ) | |
| ) | Civil Action No. |
| v. ) | 3:01-CV-01779 (TPS) |
| ) | |
| LABORERS' INTERNATIONAL UNION ) | |
| OF NORTH AMERICA, LOCAL 675 ) | November 18, 2003 |
| ) | |
| *Defendant* ) | |

## DEFENDANT'S MOTION TO CORRECT MISTAKE
## AND IDENTIFY PROPER LOCAL RULE

Defendant forwarded to the Court for filing its Motion for Summary Judgment in the above-captioned matter by first class mail on Thursday, November 13, 2003. Unfortunately, in its filing Defendant identified the former Local Rule 9(c)(1) on its Statement of Material Facts Not In Dispute rather than the new Local Rule 56(a)(1) that became effective earlier this year. Defendant apologizes for this mistake and respectfully requests the Court's permission to substitute the attached eight-page Local Rule 56(a)(1) Statement of Material Facts Not In Dispute for that filed by mail on November 13, 2003 which identified the retired 9(c)(1) Local Rule. The only change affected in this document was to replace "Local Rule 9(c)(1)" with the new designation "Local Rule 56(a)(1)".

The undersigned contacted counsel for Plaintiff Robert Leadum to advise of this motion and counsel consents to this motion.

Accordingly, Defendant respectfully requests the Court's permission to correct the mistaken identity of the former Local Rule 9(c)(1) in Defendant's Statement of Material Facts

Not In Dispute filed along with Defendant's Motion for Summary Judgment and Defendant's Memorandum of Law and replace that one document with the document attached hereto that correctly identifies the new Local Rule 56(a)(1).

        Respectfully submitted,

        DEFENDANT
        LABORERS' INTERNATIONAL UNION
        OF NORTH AMERICA, LOCAL 675

By: _____
        John T. Fussell, Esq.
        Fed. Bar # ct 17989
        ROBERT M. CHEVERIE &
         ASSOCIATES, P.C.
        Commerce Center One
        333 East River Drive, Suite 101
        East Hartford, CT  06108-4201

COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

# C E R T I F I C A T I O N

This is to certify that a copy of *Defendants' Motion to Correct Mistake and Identify Proper Local Rule* was sent, first class and postage prepaid this 18th day of November, 2003, to the following counsel of record:

José Vivaldi Martinez, Esq.
60 Old New Milford Road, Suite 3D
Brookfield, CT 06804

_____
JOHN T. FUSSELL

JTF.LIUNA 675.
Final Motion to Correct Mistake and Identify Proper Local Rule-Leadum v LIUNA.11-18-03

ROBERT M. CHEVERIE & ASSOCIATES, P.C.
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719