UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ROBERT LEADUM                           :

    v.                                    : CASE NO. 3:01CV-1779 (TPS)

LABORERS' INTERNATIONAL UNION    :
OF NORTH AMERICA, LOCAL 675

### JUDGMENT

This action having come on for consideration of defendant's motion for summary judgment before the Honorable Thomas P. Smith, United States Magistrate Judge, and

The court having considered the motion and the full record of the case including applicable principles of law, and having filed a ruling granting the motion, it is hereby

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor of the defendant.

Dated at Hartford, Connecticut, this 9th day of January 2004.

KEVIN F. ROWE, Clerk

By  Barbara Sunbury
    Barbara Sunbury
    Deputy Clerk

EOD 1/9/04