UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROBERT LEADUM,
    Plaintiff,

v.

NO. 3:01CV1779(TPS)

LABORERS' INTERNATIONAL UNION
OF NORTH AMERICA, LOCAL 675
    Defendant.

## RULING ON PENDING MOTIONS

A review of the docket reveals that several pending motions remain in this case: Plaintiff's Motion to Stay and for Leave to File **(Dkt. # 27)** and Defendant's Motion to Correct Mistake **(Dkt. #34)**. Because summary judgment has been granted in favor of the defendant (see Dkt. #37), these motions are **DENIED AS MOOT**.

**IT IS SO ORDERED.**

    Dated at Hartford, Connecticut this 9th day of January, 2004.

/s/ Thomas P. Smith
THOMAS P. SMITH
UNITED STATES MAGISTRATE JUDGE